UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JOEY LEE SHETLEY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Nos. 2:18-CV-168<br>2:16-CR-105 |

## **O R D E R**

In accordance with the accompanying Memorandum Opinion, Petitioner's *pro se* amended motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 [Doc. 9] is **DENIED** and this action is **DISMISSED WITH PREJUDICE**. Petitioner's Rule 59(e) motion to reconsider, as construed, [Doc. 9] and motion for affidavit [Doc. 12] are **DENIED**.

Further, for the reasons set forth in the Memorandum Opinion, a certificate of appealability **SHALL NOT ISSUE**. The Court **CERTIFIES** that any appeal from this Order would not be taken in good faith, and, should the Petitioner file a notice of appeal, he is **DENIED** leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the civil file.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge